**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Danny Gordon,

      Petitioner,

v.
                                            Case No. 2:08-cv-1098

Edwin Voorhies, Warden,                      Judge Michael H. Watson
Noble Correctional Institution,             Magistrate Judge Kemp

      Respondent.

## OPINION AND ORDER

On March 17, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

      **IT IS SO ORDERED.**

                                          Michael H. Watson, Judge
                                          United States District Court